

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00725-CV

Ebony **JONES**,
Appellant

v.

**DSRE CENTEX PARTNERS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV03487
Honorable Karen Crouch, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that no costs be assessed against appellant Ebony Jones because she is indigent.

SIGNED April 10, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable J. Frank Davis is the presiding judge of County Court at Law No. 10, Bexar County, Texas. However, the judgment in this case was signed by the Honorable Karen Crouch, former presiding judge of County Court at Law No. 10, Bexar County, Texas.